UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 08-26-DLB

SHARON K. TACKETT                                                                     PLAINTIFF

vs.                                            **ORDER**

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                      DEFENDANT

* * * * * * * * * * * * *

This matter is before the Court on Plaintiff's Motion for Summary Judgment (Doc. #9), Defendant's Motion for Summary Judgment (Doc. #10), and the Report and Recommendation of the Magistrate Judge (Doc. #12).

Plaintiff brought this action under 42 U.S.C. § 405(g) to challenge Defendant's final decision to deny Plaintiff's application for Supplemental Security Income. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b). On September 11, 2008, the Magistrate Judge filed his Report and Recommendation, concluding that the decision of the administrative law judge ("ALJ") to deny Plaintiff benefits is supported by substantial evidence.

On September 11, 2008, Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation. (Doc. #13). This Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c).

Having considered Plaintiff's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation. Therefore, Plaintiff's Objections will be overruled.

Accordingly, the Court **ORDERS** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. #12) is hereby **adopted** as the Opinion of this Court;

(2) Defendant's Motion for Summary Judgment (Doc. #10) is hereby **granted;**

(3) Plaintiff's Motion for Summary Judgment (Doc. #9) is hereby **denied;** and,

(4) Judgment in favor of Defendant will be entered contemporaneously herewith.

This 25th day of November, 2008.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\SocialSecurity\Orders\7-08-26 Order Adopting R&R.wpd